**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LISA MICHELLE RITCHIE | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:15-cv-432 (Judge Clark/Judge Bush) |
| | § § | |
| COLE SERVICES, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE WITH PREJUDICE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 22, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay All Proceedings (Dkt. # 6) should be GRANTED, that all of Plaintiff's claims should be dismissed with prejudice in favor of binding arbitration, and that this matter should be closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and

conclusions of the court. Therefore, Defendant's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay All Proceedings (Dkt. # 6) is GRANTED.

All of Plaintiff's claims are DISMISSED with prejudice in favor of binding arbitration, and this matter is ORDERED closed on the court's docket.

So **ORDERED** and **SIGNED** this **23** day of **November, 2015.**

_____
Ron Clark, United States District Judge